1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St. Suite 780,
4  Woodland Hills, CA 91367
   Phone: 877-206-4741
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
   abacon@toddflaw.com
7  Attorneys for Plaintiff
8
                 UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10
11 |                                    )  Case No.
   | TERRY FABRICANT, individually      )
12 | and on behalf of all others similarly )
   | situated,                          )  2:21-cv-02456-RGK-KS
13 |                                    )
   | Plaintiff,                         )  **NOTICE OF VOLUNTARY**
14 | v.                                 )  **DISMISSAL OF ACTION WITH**
15 | DRIVEN DELIVERIES, INC.;           )  **PREJUDICE AS TO PLAINTIFF**
   | DOES 1-10 Inclusive,               )  **AND WITHOUT PREJUDICE AS**
16 | Defendant.                         )  **TO THE PUTATIVE CLASS.**
17 |                                    )
18 |                                    )
                                        )
19

20 NOW COMES THE PLAINTIFFs by and through their attorneys to respectfully
21 move this Honorable Court to dismiss this matter with prejudice as to plaintiff
22 and without prejudice as to the class.  No Defendant has filed either an answer or
23 a motion for summary judgment at this time, and no Court order is necessary
24 pursuant to the Fed. R. Civ. P.
25 Respectfully submitted this 27th Day of May, 2021,
26
27                              By: s/Adrian R. Bacon Esq.
                                    Adrian R. Bacon
28                                  Attorney for Plaintiff

Notice of Dismissal - 1

## CERTIFICATE OF SERVICE

Filed electronically on May 27, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on May 27, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

                                          By: s/Adrian R. Bacon Esq.
                                              Adrian R. Bacon
                                             Attorney for Plaintiff