# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02456-RGK-KS | Date | May 28, 2021 |
|---|---|---|---|
| Title | *Terry Fabricant v. Driven Deliveries Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order of Dismissal

Pursuant to Plaintiff's Notice of Voluntary Dismissal, (ECF No. 16), the Court hereby **DISMISSES** this matter with prejudice as to plaintiff and without prejudice as to the putative class.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer